## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 15, 2013

Mr. Alexander McVoy McIntyre Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
201 Saint Charles Avenue
Suite 3600
New Orleans, LA 70170-0000

    **No. 13-90027    Opelousas General Trust Auth, et al v. MultiPlan, Incorporated, et al**
    USDC No. 6:12-CV-1830

We received your Appellants' Brief.

In light of the brief being filed under the wrong case number, we are taking no action on this document.

The brief must be re-filed under the correct case number (13-30711) along with a motion to file out of time as soon as possible.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _Sabrina B. Short_
    Sabrina B. Short, Deputy Clerk
    504-310-7817

cc:  Mr. John S. Bradford
    Mrs. Somer George Brown
    Mr. Michael K. Cox
    Mr. John B. Davis
    Mr. Thomas Allen Filo
    Ms. Nicole Anne Ieyoub-Murray
    Mr. Errol John King Jr.
    Mr. Andrew C. Kolb
    Ms. Mackenzie Smith Ledet
    Mr. Arthur Mahony Murray
    Mr. Stephen B. Murray Jr.